# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>1881 Central Avenue, LLC<br><br>26–4358287<br>18 Pinewood Avenue<br>Albany, NY 12208 | )<br>)<br>)<br>) Case Number: 12–12394–1–rel<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>) |

## *NOTICE OF DEADLINES*

Notice is hereby given regarding document deadlines;

Notice of Deadlines. Affidavit Pursuant to LR 2015 due by 9/19/2012. (Cagwin, Michele)

Debtor(s) are responsible for timely filing all documents. The responsibility for preparing, submitting, and monitoring a complete filing lies with the filer(s). Do not rely on the Clerk's office to alert you regarding incomplete case filings.

Please note: ***This case may be dismissed upon further notice or hearing if the above referenced documents are not filed with the Court***. For individual debtors, a completed statement of compliance with the credit counseling requirement, (Official Form 1, Exhibit D), must be submitted with the petition together with the Certificate of Credit Counseling (if required). If Official Form 1, Exhibit D states that the debtor is not required to receive a credit counseling briefing due to incapacity, disability or because the debtor is on active military duty in a military combat zone, it must be accompanied by a motion.

Date: 9/14/12

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court