UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

**RECEIVED & FILED**
SEP 13 2012
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

In re 1881 Central Avenue, LLC_____,  )
[Set forth here all names including married, maiden, and trade )
names used by debtor within last 8 years.] )
)
)
            Debtor  ) Case No. 12-12394
)
)
) Chapter 11
)
Employer's Tax Identification No(s). [if any] _____)
Last four digits of Social Security No(s):264358287_____)

### ORDER FIXING DEADLINE TO FILE PROOFS OF CLAIM

IT IS ORDERED that the deadline to file proofs of claim or interest has been fixed as March 12, 2013 pursuant to Fed. R. Bankr. P. 3003(c)(3) and 11 U.S.C. § 502(b)(9).

BY THE COURT

_____
HON. ROBERT E. LITTLEFIELD, JR.
Chief U.S. Bankruptcy Judge

At   Albany, NY
Date: September 14, 2012

O:R3003(02/02/2009)