# EXHIBIT "C"

## SUMMARY
## APPRAISAL REPORT

**Motel & Restaurant**
**1881 & 1885 Central Avenue**
**Colonie, New York**

**File No. 11-219**

**REPORT PREPARED FOR:**

**Denise A. Rhoads**
**VP Commercial Appraisal Manager**
**Community Bank**
**5790 Widewaters Parkway**
**Dewitt, NY 13214-1833**

**EFFECTIVE DATE OF APPRAISAL:**

**October 24, 2011**

**PREPARED BY:**
**BAUER APPRAISAL GROUP, INC.**
**125 Wolf Road**
**Albany, New York**

**James E. Coonley**
**NYS Certified General Real Estate Appraiser 46-25819**

**Bruce R. Bauer, MAI, SRA**
**NYS Certified General Real Estate Appraiser 46-315**

LETTER OF TRANSMITTAL..................................................2
CERTIFICATES OF THE APPRAISERS........................................4
SUMMARY OF SALIENT FACTS..............................................6
CONTINGENT AND LIMITING CONDITIONS...................................7

IDENTIFICATION OF THE SUBJECT PROPERTY...............................9
PURPOSE OF THE APPRAISAL.............................................9
DEFINITION OF FEE SIMPLE ESTATE.....................................9
FUNCTION OF THE APPRAISAL...........................................9
INTENDED USE AND USER...............................................9
OWNERSHIP AND HISTORY...............................................9
OCCUPANCY AND LEASES...............................................10
EXPOSURE AND MARKETING PERIOD......................................10
COMPETENCY RULE....................................................10
FURNITURE, FIXTURES, AND EQUIPMENT.................................11

DEFINITION OF MARKET VALUE.........................................23
EXTRAORDINARY ASSUMPTIONS/HYPOTHETICAL CONDITIONS.................24
REPORT OPTION/SCOPE OF WORK........................................25

TOWN ..............................................................27
NEIGHBORHOOD ANALYSIS..............................................30
MARKET AVAILABILITY................................................33
PHOTOGRAPHS........................................................40
SUMMARY OF LAND CHARACTERISTICS....................................44
SUMMARY OF IMPROVEMENT CHARACTERISTICS.............................46

REAL ESTATE TAX ANALYSIS/ZONING/FLOOD PLAIN.......................50
WETLANDS/ENVIRONMENTAL FACTORS.....................................50

HIGHEST AND BEST USE/VALUATION ANALYSIS...........................62

SALES COMPARISON APPROACH..........................................63

RECONCILIATION AND FINAL VALUE ESTIMATE...........................69

ADDENDA............................................................70
     LETTER OF ASSIGNMENT..........................................71
     QUALIFICATIONS OF THE APPRAISERS.............................105

125 WOLF ROAD

ALBANY, NEW YORK 12205

(518) 459-3791 • FAX (518) 438-4114

E-Mail: brbauer@nycap.rr.com

Bruce R. Bauer, MAI, SRA
NYS Certified General Appraiser 46-315
MA Certified General Appraiser 4045
VT Certified General Appraiser 80-81

Appraisals • Consultations
Feasibility Studies

November 8, 2011

Denise A. Rhoads
VP Commercial Appraisal Manager
Community Bank
5780 Widewaters Parkway
Dewitt, NY 13214-1833

Re:  Summary Appraisal
Motel & Restaurant
1881& 1885 Central Avenue
Colonie, New York

Dear Ms. Rhoads:

This appraisal has been prepared for Community Bank for its internal use only. We are willing to discuss our appraisal methodology and valuation (including independent research and analysis contained in our files) if you so desire. However, we reserve the right to make the ultimate decision regarding the appropriate techniques and the final value opinion. The report has been prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics as promulgated by the Appraisal Institute. Additionally, the report conforms to the requirements of the Financial Institutions Reform, Recovery, Enforcement Act of 1989 (FIRREA), Title XI Regulations.

By reason of my investigation and by virtue of my experience, it is my opinion that the Market Value of the fee simple interest in the subject property (subject to any leases) as of October 24, 2011 is:

**ONE MILLION TWO HUNDRED FIFTY THOUSAND ($1,250,000) DOLLARS**

- continued -

2

Ms. Rhoads
November 8, 2011
Page 2

Further, the liquidation value (assuming 90 days or less marketing time) as of the same date is estimated at:

## EIGHT HUNDRED SEVENTY FIVE THOUSAND ($875,000) DOLLARS

The liquidation value was based on discussions with auctioneers such as Ralph Passano (November 2011) regarding liquidation values for a property such as the subject. Mr. Passano indicated that a 25%-40% discount is reasonable. We have utilized a discount of 30% to arrive at our liquidation value of $875,000.

Appraisal assumes all uses and structures are deemed legal by the Town of Colonie.

In this summary appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building, and/or existence of toxic waste, which may or may not be present on the property, has not been considered. The appraiser is not qualified to detect such substances and we urge you to retain an expert in this field, if desired.

Your attention is directed to the attached report that summarizes our findings.

Very truly yours,

BAUER APPRAISAL GROUP, INC.

James E. Coonley
NYS Certified General Real Estate Appraiser 46-25819

Bruce R. Bauer, MAI, SRA
NYS Certified General Real Estate Appraiser 46-315

JEC/BRB/jdp

3

**CERTIFICATE**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the *Uniform Standards of Professional Appraisal Practice.*

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- I have not made a personal inspection of the property that is the subject of this appraisal report.

- No one provided significant real property appraisal assistance to the person signing this certification.

- As of the date of this report, I, Bruce R. Bauer, MAI, SRA, have completed the continuing education program of the Appraisal Institute.

- I have not appraised the subject property within the past three years.

_____
Bruce R. Bauer, MAI, SRA

11/8/11
Date

4

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the *Uniform Standards of Professional Appraisal Practice.*

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- I have made a personal inspection of the property that is the subject of this appraisal report.

- No one provided significant real property appraisal assistance to the person signing this certification.

- As of the date of this report, I, James E. Coonley, have completed the Standards and Ethics Education Requirement of the Appraisal Institute for Associate Members.

- I have not appraised the subject property within the past three years.

_____                    _____
James E. Coonley                                              Date

| | |
|---|---|
| TYPE OF PROPERTY: | Motel & Restaurant |
| OWNER: | 1881 Central Ave, LLC |
| PROPERTY ADDRESS: | 1881 & 1885 Central Avenue<br>Colonie, New York |
| OCCUPANT: | Owner |
| PROPERTY AREA: | Site Area: 3.13 acres<br>Gross Building Area: 16,851 SF (2<br>buildings) |
| PROPERTY AGE: | Older with updating |
| CONSTRUCTION TYPE: | Retain current improvements |
| HIGHEST AND BEST USE: | |
| As Improved: | Retain current improvements |
| ZONING: | COR - Commercial-Office-Residential |
| ASSESSMENT: | See Real Estate Tax Analysis section |
| FEMA FLOOD HAZARD AREA: | Zone C |
| MARKET VALUE ESTIMATE:<br>LIQUIDATION VALUE | $1,250,000<br>$ 875,000 (ASSUMING 90 DAYS OR LESS<br>MARKETING TIME PER CLIENT REQUEST) |
| EFFECTIVE DATE OF OPINION: | October 24, 2011 |
| BASIS OF VALUE: | Income and Sales Approaches |
| ESTIMATED MARKETING<br>AND EXPOSURE TIME: | 6-12 Months |

This appraisal report is prepared for the sole and exclusive use of the appraiser's client, named in the Function of the Appraisal section of this report. No third parties are authorized to rely on this report without the express written consent of the appraiser.

The legal description furnished us is assumed to be correct. We take no responsibility for matters legal in character nor do we render any opinion as to the title, which is assumed to be good and marketable. All existing liens and encumbrances have been disregarded and the property is appraised as though free and clear under responsible ownership and competent management.

The sketch in this report is included to assist the reader in visualizing the property. We have made no survey of the property and assume no responsibility in connection with such matters. We believe the information that was furnished to us by others to be reliable, but we assume no responsibility for its accuracy.

Disclosures of the contents of this appraisal report are governed by the By-Laws and Regulations of the Appraisal Institute. Neither all nor any part of the contents of this report (especially any conclusions of value, the identity of the appraisers or the firm with which he is connected, or any reference to the Appraisal Institute) shall be disseminated to the public or any public means of communications without the prior consent and approval of the undersigned.

We are not required to give testimony or to appear in court by reason of this appraisal, with reference to the property in question, unless arrangements have been previously made thereof.

The distribution of the total valuation in this report between land and improvements applies only under the existing programs of utilization. The separate valuations for land and buildings must not be used in conjunction with any other appraisal and invalid if so used.

The appraisers assume that there will be no hidden or unapparent conditions of the property, subsoil, or structural elements that would render it more or less valuable than otherwise comparable property. The appraisers assume no responsibility for such conditions or for engineering investigations that might be required to discover such conditions. It is assumed that underground improvements along with utilities are in place and connected.

In this appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building (if any), and/or existence of toxic waste, which may or may not be present on the property, has not been considered. The appraiser is not qualified to detect such substances and we urge you to retain an expert in this field, if desired.

7

The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property together with a detailed analysis of the requirements of the ADA could reveal that the property is not in compliance with one or more of the requirements of the act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of the ADA in estimating the value of the property.

The property that is the subject of this summary appraisal report consists of a motel and restaurant located at 1881 and 1885 Central Avenue in the Town of Colonie, Albany County, New York. The property consists of 3.13 acres of land and approximately 16,851 SF of building improvements. The property is further identified as Albany County Tax Parcel Nos. 29.10-1-13 and 29.10-1-14.

## PURPOSE OF THE APPRAISAL

The purpose of this summary appraisal report is to estimate the Market Value of the fee simple interest in the subject property as of the inspection date and effective date of appraisal, October 24, 2011. A liquidation value was also provided at the request of the client.

## DEFINITION OF FEE SIMPLE ESTATE

The fee simple estate is defined as:

*"Absolute ownership unencumbered by any other interests or estate subject only to the limitations of eminent domain, escheat, police power, and taxation."*

## FUNCTION OF THE APPRAISAL

The function of this summary appraisal report is to provide market value information, relevant property identification, and general facts regarding the subject so that Community Bank may appropriately analyze the subject asset in reference to a collaterized loan.

## INTENDED USE AND USER

It is noted that the intended use of this summary appraisal report is so that the client may analyze the value of the subject property in reference to a collaterized loan and that the intended user of this appraisal report is the client specifically identified herein and to whom this appraisal is addressed.

## OWNERSHIP AND HISTORY

The subject property is listed in the name of 1881 Central Avenue, LLC purchased parcel 29.10-1-14 from United Commercial Bank in March of 2009 for $1,250,000. Parcel 29.10-1-13 was purchased from Dina Thomas, Esq. for $273,000 also in March of 2009 via a referee's deed. The $273,000 was the highest bid at the sale under a judgment of foreclosure. No recent written income and expense information was provided. 2006-2009 data was provided and is located in the addenda. Owner representative Mr. Chen indicated verbally that the restaurant currently grosses approximately $200,000/month and the motel a few thousand dollars per year.

9

Subject property is owner occupied per owner representative Mr. Chen. No leases were reported to the appraisers.

## EXPOSURE AND MARKETING PERIOD

Exposure time is defined by the Appraisal Standards Board Statement on Appraisal Standards #6 as:

> "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events assuming a competitive and open market."

Marketing period or marketing time is defined by the Appraisal Standards Boards statement on Appraisal Standards #7 as:

> "the time it takes an interest in real property to sell on the market subsequent to the date of appraisal. Reasonable marketing time is an estimate of the amount of time it might take to sell an interest in real property at its estimated market value during the period immediately after the effective date of the appraisal, the anticipated time required to expose the property to a pool of prospective purchasers or to allow an appropriate time for negotiations, the exercise of due diligence and the consummation of a sale at a price supported by current market conditions. Marketing time differs from exposure time which is always presumed to precede the effective date of appraisal."

The subject is located in the Town of Colonie. Based on discussions with several respected commercial and industrial real estate brokers in the Capital District area, along with a review of listings and sales information compiled by the Multiple Listing Service of the Capital Region and the listings through the Commercial and Industrial Real Estate Board, an exposure time and marketing period for a property the likes of the subject of from 6 to 12 months appears reasonable. This estimate assumes proper marketing, exposure, and pricing for the property. It is noted that this estimate is intended as a general guideline and should not be construed as a guarantee.

## COMPETENCY RULE

The appraiser has accepted this appraisal assignment having the knowledge and experience necessary to complete the assignment competently. We have prepared numerous appraisals of properties generally similar to that of the subject property along with a wide variety of commercial properties as detailed further on the attached qualifications of the appraiser(s) in the Addenda of this report.

10

**_FURNITURE, FIXTURES, AND EQUIPMENT_**

  In the context of this limited summary appraisal assignment, the appraiser did not consider nor arrive at a separate value for any furniture, fixtures, and equipment that may be associated with the subject property.

LandMax Data - www.LandmaxData.com

Case 12-12394-1-rel Doc 16-3 Filed 10/12/12 Entered 10/12/12 09:25:29 Desc
Exhibit Exhibit C's (Part 1) to 25 Page 14 of 45
Sale Records (Range 1 to 25)



**Main Record** **LANDMAX** DATA UPDATES

NEW SEARCH
NEW COUNTY

User Specific Notes - View   Add          Single Page Print    PDF File

**Mapping Available:**  View Tax Map   Aerial   Street Map   NYS GIS   FLOOD Map

## General Property Description

| | | |
|---|---|---|
| Prop. Address: 1881 CENTRAL AVE | Municipality: TOWN OF COLONIE | Town Swis Code: 012689 / ALBANY COUNTY |
| Owner: 1881 CENTRAL AVENUE LLC | Tax / Map Acct: 029.010-0001-014.0000000 | School Dist: S COLON |
| Owner 2: | Print Key: 29.10-1-14 | School Code: 012601 |
| Owner Mailing: 1881 CENTRAL AVE | Deed Book / Page: 2944 / 416 | Census Tract |
| ALBANY, NY 12205 | Sub Div: | PHONE |
| Demographics: | Misc: | Radius Search: 1 8   1 4   1 2   1 Mile   2 Mile |

## Structural Characteristics

| | | |
|---|---|---|
| Bldg Sq Feet: 16851 | Built: 1960 | Uses As 1: |
| 1st Floor: 0 | Story Height: 10 | Uses As 2: |
| 2nd Floor: 0 | Heat: | No. Of Bldgs: |
| House Type: | Fireplaces: 0 | Residential Units: 0 |
| Bedrooms: 0.0 | Fuel: | Exterior: |
| Bath: 0.0 | Water: PUBLIC | Garage: 0 |
| Basement: | Sewer: PUBLIC | Number Stories: 2.0 |
| Basement SF: 8115 | Utilities: GAS & ELEC | Central Air: NO |
| Improve 1 / YR: CANOPY,W/SLAB 1960 | Size 1: Dimensions not available | Total SqFT 1: 1050 |
| Improve 2 / YR: CANOPY,ROOF 1960 | Size 2: Dimensions not available | Total SqFT 2: 250 |
| Improve 3 / YR: CANOPY,W/SLAB 1982 | Size 3: Dimensions not available | Total SqFT 3: 1095 |
| Improve 4 / YR: FLDLT,MERCURY 1971 | Size 4: Dimensions not available | Total SqFT 4: 250 |

The square feet of the building(s) in this table may be included in the "Bldg Sq Feet" listed in the above Structural Characteristics

## Land Characteristics

| | | |
|---|---|---|
| Acreage : 1.58 | Land SqFt: 68825 | Lot Size: 0 X 0 |
| Zoned / Use Code: 12    421 | Class Name: RESTAURANT | |
| East / Longitude: 629410 / -73.8512193 | North / Latitude: 996720 / 42.734536 | |

## Tax / Assessment Data

| | | |
|---|---|---|
| Tax / Map Acct #: 029.010-0001-014.0000000 | School Tax: $13,426.10-Calc | |
| Total Assessment: $610,000.00 | County Tax: $4,343.20 | |
| Land: $474,000.00 | City Tax: $0.00 | STAR Exemption: $610,000 |
| Old Assessment: $610,000.00 | Account #: 0 | School Tax Amounts   do not consider Star Exem |

12

## Sales Information

| Sales Price: | Sales Date: | Grantor: | Deed Book / Page: | Deed Type: | Deed Valid: | ARMS Length: |
|---|---|---|---|---|---|---|
| $1,250,000.00 | 02/27/2009 | | 2944 / 416 | | | |
| $1,250,000.00 | 02/27/2009 | UNITED COMMERCIAL BANK | 2944 / 416 | | | |
| $610,000.00 | 11/04/1999 | LAI YING Y | 01 / | | 1 | |

———————————— I ————————————

User Specific Notes - View / Add       Single Page Print       PDF File

Mapping Available:   View Tax Map    Aerial    Street Map   NYS GIS    FLOOD Map

## General Property Description

Prop. Address: 1885 CENTRAL AVE
Owner: 1881 CENTRAL AVENUE LLC
Owner 2:
Owner Mailing: 1881 CENTRAL AVE
ALBANY, NY 12205
Demographics:

Municipality: TOWN OF COLONIE
Tax / Map Acct: 029.010-0001-043.0000000
Print Key: 29.10-1-13.1
Deed Book / Page: 2944 / 425
Sub Div:
Misc:

Town Swis Code: 012689 / ALBANY COUNTY
School Dist: S COLON
School Code: 012601
Census Tract
PHONE
Radius Search: 1 # 14 13 1 Mile 2 Mile

## Structural Characteristics

Bldg Sq Feet: 0
1st Floor: 0
2nd Floor: 0
House Type:
Bedrooms: 0.0
Bath: 0.0
Basement:
Basement SF: 0
Improve 1 / YR: STRLT,MERCRY 1971
Improve 2 / YR: PAVNG,ASPHLT 1971
Improve 3 / YR:
Improve 4 / YR:

Built: 0
Story Height: 0
Heat:
Fireplaces: 0
Fuel:
Water: PUBLIC
Sewer: PUBLIC
Utilities: GAS & ELEC
Size 1: Dimensions not available.
Size 2: 32650 X 4
Size 3: 0 X 0
Size 4: 0 X 0

Uses As 1:
Uses As 2:
No. Of Bldgs:
Residential Units: 0
Exterior:
Garage: 0
Number Stories: 0.0
Central Air: NO
Total SqFT 1: 20
Total SqFT 2: 130600
Total SqFT 3: 0
Total SqFT 4: 0

## Land Characteristics

Acreage: 1.55
Zoned / Use Code: 12      438
East / Longitude: 629290 / -73.8516623

Land SqFt: 67518
Class Name: PARKING LOT
North / Latitude: 996890 / 42.7350044

Lot Size:   0 X 0

## Tax / Assessment Data

Tax / Map Acct #: 029.010-0001-013.0000000
Total Assessment: $373,300.00
Land: $310,000.00

School Tax: $8,216.33-Calc
County Tax: $2,657.90
City Tax: $0.00

STAR Exemption: $373,300

13

Old Assessment: $373,300.00       Account # 0       do not consider State Exem.

## Sales Information                    ## Comparables

| Sales Price: | Sales Date: | Grantor: | Deed Book / Page: | Deed Type: | Deed Valid: | ARMS Length: |
|---|---|---|---|---|---|---|
| $273,000.00 | 03/02/2009 | | 2944 / 425 | | | |
| $273,000.00 | 03/02/2009 | THOMAS DINA | 2944 / 425 | | | |
| $300,000.00 | 09/09/2002 | LAI YING | 2720 / 999 | | 1 | |

——————— 2 ———————

# No more records to display.

## ReSelect Records

New search in a different county.
New search in the same municipality.

* *

All data provided within this system is obtained from public records and therefore presumed reliable. LandMax Data Systems, Inc. or it's users make no warranty or guarantee concerning the data's accuracy and should not to be held responsible for any errors or omissions, or any consequences arising from the use thereof.

Copyright 2009 Landmax Data Systems, Inc. All rights Reserved.       Disclaimer       Terms       www.landmaxdata.com

14



## Albany County Clerk
## 32 North Russell Rd.
## Albany, NY 12206-1324

Return to:

> NOLAN & HELLER LLP
> 39 NORTH PEARL ST
> ALBANY NY 12207

Instrument:   Deed

Document Number:   10365293   Book: 2944  Page: 416

Grantor

> UNITED COMMERCIAL BANK

Grantee

> 1981 CENTRAL AVENUE LLC

*(handwritten: 1981 Central   29.10-1-14)*

Number of Pages:   5

Amount:   $1,250,000.00

Recorded Date/Time:   03/04/2009 at 2:54 PM

Receipt Number:   504240

Transfer Tax Receipt:
Albany County Clerk Received:
Trans Tax # 4020
                $5000.00

Note:   **DO NOT REMOVE - THIS PAGE IS PART OF THE DOCUMENT **
THIS PAGE CONSTITUTES THE CLERK'S ENDORSEMENT, REQUIRED BY SECTION 316-a(5) &
319 OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK.

*Thomas G. Clingan*

Thomas G. Clingan, County Clerk

15

Albany County Clerk
Deed Books (Record Room)
Book 2944 Page 417

BETWEEN
United Commercial Bank, formerly known as The Chinese American Bank
27 East Broadway, New York, NY 10002
party of the first part, and

1881 Central Avenue LLC
1881 Central Avenue, Albany, NY 12205
party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

### SEE SCHEDULE A DESCRIPTION ATTACHED

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the parties have duly executed this deed the day and year first above written.

IN PRESENCE OF:                                   United Commercial Bank

                                                 By: _____
                                                     Ebrahim Shabudin, Executive Vice President

Albany County Clerk
Document Number 10365293
Rcvd 03/04/2009 2:54:47 PM

1881 Central Avenue LLC

16

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

### ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of , ss:
On the day of in the year
before me, the undersigned, a Notary Public in and for said State, personally appeared
, the
subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

### ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of California, County of San Francisco , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the day of in the year 2009,
before me the undersigned personally appeared
**Ebrahim Shabudin**
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

## Quitclaim Deed

| | |
|---|---|
| SECTION | 29.10 |
| BLOCK | 1 |
| LOT | 14 |
| COUNTY OR TOWN | County of Albany, Town of Colonie |

Title No.

**United Commercial Bank**
**TO**
**1881 Central Avenue LLC**

RETURN BY MAIL TO: 17

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Francisco

On February 11, 2009 before me, RITA Y. FONG, Notary Public
                                    _Here insert Name and Title of the Officer_

personally appeared Ebrahim Shabudin
                                    _Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    _Signature of Notary Public_

**RITA Y. FONG**
Commission # 1589982
Notary Public - California
San Francisco County
My Comm. Expires Jul 22, 2009

_Place Notary Seal Above_

──────────── **OPTIONAL** ────────────

_Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document._

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

18



Schedule A



1881 Central Avenue:

ALL THAT CERTAIN TRACT, PIECE OR PARCEL OF LAND situate, lying and being in the Town of Colonie, County of Albany and State of New York, located on the northeasterly side of Central Avenue and more particularly bounded and described as follows:

BEGINNING at a point in the northeasterly line of Central Avenue, said point being the division line between lands owned by Ying Y. Lai on the northwest and lands now or formerly of R.E. Ogren et al.;

RUNNING thence along land of Ogres et al. North 64° 38' East 331.35 feet to land now or formerly of Hussey;

THENCE North 22° 39' 31" West, 200.41 feet to the other lands of Lai;

THENCE along lands of Lai South 64° 36' 07" West 340.93 feet to the northerly side of Central Avenue;

THENCE along the northeasterly side of Central Avenue South 25° 23' 53" East 200 feet to the point or place of beginning.

TOGETHER WITH an easement for ingress, egress and regress over a strip of land 25 feet in width and 163 feet in depth to be used in common with others and is further bounded and described as follows:

BEGINNING at a point distant 200.0 feet northerly as measured along the northeasterly side of Route 5 (Central Avenue) from the point of beginning heretofore described and runs:

A. N. 64 deg. 36 min. 07 sec. E., 163.0 feet along the lands to be conveyed;
B. thence through the lands now or formerly of Y. Y. Lai, N. 25 deg. 23 min. 53 sec. W. 25.00 feet to a point;
C. thence continuing through said Lai, S. 64 deg. 36 min. 07 sec. W., 163.0 feet to the North line of Route 5;
D. thence along said Route 5 (Central Avenue), S. 25 deg. 23 min. 53 sec. E., 25.0 feet to the point or place of beginning.

**Albany County Clerk**
**32 North Russell Rd.**
**Albany, NY 12206-1324**

Return to:

NOLAN & HELLER LLP
39 N PEARL ST
ALBANY NY 12207

Instrument:    Deed

Document Number:    10365290    Book: 2944  Page: 425

Grantor

THOMAS, DINA
CHENG, KUN FUK

Grantee

1881 CENTRAL AVENUE LLC

Number of Pages:    3

Amount:    $273000.00

Recorded Date/Time:    03/04/2009 at 2:52 PM

Receipt Number:    504240

Transfer Tax Receipt
Albany County Clerk Received:
Trans Tax #  4322
$1092.00

Note:    **DO NOT REMOVE - THIS PAGE IS PART OF THE DOCUMENT **
THIS PAGE CONSTITUTES THE CLERK'S ENDORSEMENT, REQUIRED BY SECTION 316-a(5) &
319 OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK.

Thomas G. Clingan, County Clerk

20

LIBER 4244 PAGE 420

Record & Return:

Nolan & Heller, LLP
39 N. Pearl St.
Albany, New York 12207
Attn.: Mark E. Watkins

**Albany County Clerk**
Deed Books (Record Room)
Book 2944 Page 426

## REFEREE'S DEED

Made this 27th day of February, 2009.

Between **DINA THOMAS, ESQ.**, with an office address at 5 Wembley Court, New Karner Road, P.O. Box 15054, Albany, New York 12212, Referee duly appointed in the action hereinafter mentioned,

Grantor,

### AND

**1881 CENTRAL AVENUE LLC**, with an address at 1881 Central Avenue, Albany, New York 12205,

Grantee,

## Witnesseth:

THAT the Grantor, the Referee appointed in an action between Ying Y. Lai, Plaintiff, against Kun Fuk Cheng a/k/a Steven Cheng and The United States of America, Defendants, foreclosing a mortgage dated September 9, 2002 and recorded in the Albany County Clerk's Office on September 30, 2002 in Book 4202 of Mortgages at Page 263, in pursuance of a Judgment of Foreclosure and Sale entered at a special term of the Albany County Supreme Court and dated October 16, 2008, and in consideration of $273,000.00 paid by the Grantee, **1881 CENTRAL AVENUE LLC**, being the designee of the highest bidder at the sale under said Judgment, does hereby grant and convey unto the Grantee, all the right, title and interest of the Defendants, Kun Fuk Cheng a/k/a Steven Cheng and The United States of America in and to the premises described below:

ALL that tract or parcel of land situate in the Town of Colonie, County of Albany and State of New York, on the northeast side of Central Avenue, and more particularly bounded and described as follows:

BEGINNING at a point on the northeasterly side of Central Avenue, said point being the division line between lands now or formerly of Cheng and land now or formerly of Lai;

RUNNING THENCE northwesterly along the northeasterly side of Central Avenue 191.50 feet;

**Albany County Clerk**
Document Number 18365290
Rcvd 03/04/2009 2:52:38 PM

21

Ω-0118675

THENCE North 49° 35' 20" east 360.07 feet;

THENCE South 33° 28' 03" east 141.22 feet;

THENCE South 40° 19' 12" east 51.32 feet;

THENCE South 49° 35' 20" west 342.89 feet to the northeasterly side of Central Avenue and the point or place of BEGINNING.

Said premises is also known as Lot 13 on Block 1 of Section 29.10 in the County of Albany.

SUBJECT to any and all easements, restrictions, covenants and conditions of record affecting said premises.

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, its successors and assigns forever.

IN WITNESS WHEREOF, the Grantor has hereunto set her hand and seal, the date first above written.

_Dina Thomas, Esq. - Referee_

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF SCHENECTADY      )

On the 27th day of February, 2009, before me came Dina Thomas, Esq., Referee, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

Notary Public, State of New York

Albany
No. 4897722
Commission Expires 6/15/2010

64140

22

## DEFINITION OF MARKET VALUE

Market Value is defined in the *Code of Federal Regulations*: Title 12- Banks and Banking, Chapter 1- Comptroller of the Currency, Department of the Treasury; Part 34 - Real Estate Lending and Appraisals - Subpart C - Appraisals Sec. 34.42 Definitions; Revised as of January 1, 2001, as:

"The most probable price which a property should bring in a competitive and open market under all condition requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of the sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and acting in what they consider their best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash and U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

23

## EXTRAORDINARY ASSUMPTIONS

An extraordinary assumption is something that is assumed to be true, but that is not certain. If it turns out to be untrue, the value conclusion would be impacted. Extraordinary assumptions are those assumptions that are specific to the particular assignment (e.g., that a possibly contaminated site is not adversely impacted by contamination), as opposed to general assumptions that could be applicable to any assumption (e.g., that the title is marketable).

There are no extraordinary assumptions in this appraisal report. We assume all uses and structures at the property are deemed legal by the Town of Colonie.

## HYPOTHETICAL CONDITIONS

Hypothetical conditions are known to be false but are presumed to be true for the purpose of reasonable analysis. For example, if the property is appraised as of today as though the improvements were complete, but the property currently consists of a vacant site, the valuation of the improved property would be subject to the hypothetical conditions that the improvements are complete.

There are no hypothetical conditions in this appraisal report.

24

## REPORT OPTION

This report is a Summary Appraisal Report in accordance with Rule 2-2(b) of the *Uniform Standards of Professional Appraisal Practice*. As such, it presents sufficient information to enable the client and other intended users, as identified, to understand it properly.

## SCOPE OF WORK

The scope of work applied in the development of the appraisal is summarized as follows.

In preparing this appraisal, the appraiser:

- Inspected the subject site and the exterior of the improvements as well as the interior;

- Gathered information on comparable improved sales;

- Confirmed all comparable sales with at least one of the parties to the transaction or relatively reliable secondary sources; and

- Analyzed the data and applied the Sales Comparison Approach.



Location Map

The Town and Village of Colonie are centrally located between the Cities of Albany to the east and Schenectady to the west. According to the 2000 census figures, the Town had a population of 79,258 that is an increase from the 1990 figure of 76,497. The Village had a 2000 population of 7,916 that was a decrease from the 1990 figure of 8,019. Additionally, Colonie is the largest of 10 towns in Albany County.

The Town of Colonie, because of its central location, has grown substantially over the past 30-year period with both residential and commercial construction as well as the expansion of roads, highways, and bridges. The expansion of the Town to both the east toward Albany and west toward Schenectady has created a dissolution of obvious boundaries making it difficult to distinguish where one municipality ends and the other begins. The Town of Colonie borders the City of Albany that has been the State Capital since 1797. It has benefited from this governmental center and has experienced long term economic stability due to increased and steady employment as a migration of urban office space to the "suburban" office areas of Colonie.

Colonie is bisected by four main New York State Highways – Route 9 connecting New York City to the south with the Adirondack area and Canada to the north; Route 7 connecting Boston and New England on the east with western New York; Route 5 connecting the Capital City area with Schenectady and the industrial Mohawk River area; and the Adirondack Northway (Interstate 87) that enters the Town of Colonie in the area of Thruway Exit 24 and follows an easterly and northerly route through the very center of the Town to the Mohawk River west of Route 9. These excellent highway routes have encouraged the rapid extensive growth of residential, retail, and industrial development. Additionally, there are railroad systems through Colonie, both freight and passenger services that form a vital link in the national rail system.

The Town of Colonie is bordered by the Mohawk River to the north that forms a natural boundary for the Township. Within the neighboring City of Albany is the Port of Albany that is operational year-round and located 125 nautical miles inland from New York City. The Port itself consists of 240 acres of land on both sides of the Hudson River that is approximately 32' deep with a channel of 400' in width.

In addition to ground transportation, the area is enhanced by the Albany International Airport (refurbished in 1998) located within the Town of Colonie. This Airport is a major commercial air facility and serves approximately 1 million residents in a 50-mile radius. In 1990, the Airport had approximately 1.2 million passengers. Several major airlines provide scheduled service at the Airport including American, Delta, Northwest, and USAir. In addition, private chartered commuter airlines and subsidiaries of major airlines provide short haul passenger service. In the recent past, the Airport underwent major construction to expand its facilities that included expanding a north-south runway to 7,200' that supplemented the 6,000' east-west runway. Parking areas were

27

enlarged and a new terminal building complex completed in 1981. Further expansion of the Airport is ongoing. The Airport also provides air cargo service, air taxi operations, and aircraft maintenance and storage facilities.

The two main commercial arteries within the Town of Colonie are Route 5 (Central Avenue) and Wolf Road. Route 5, a 4 to 6 lane road, is a main commercial corridor connecting Colonie with Albany to the east and Schenectady to the west and is improved with many retail, commercial, and office establishments along with numerous shopping centers. One of the premier shopping centers in the Capital District is located at the intersection of Central Avenue and Wolf Road called Colonie Center that recently underwent major rehabilitation. Anchor tenants include Macy's department store and Sears department store along with approximately 80 retail tenants in its 2-story facility. Macy built a 3-story facility and their previous space was converted into smaller retail stores. This expanded the Center from its former size of 823,000 SF to 1,080,768 SF of gross leaseable area (GLA).

In addition, the Town also has the Latham Circle Mall with its 725,000 SF of gross leaseable area. Other major shopping centers in the Town include Wolf Road Shoppers Park and New Loudon Center with 300,000 SF and 171,600 SF of gross leaseable areas respectively and Latham Farms having 610,000 SF.

Wolf Road is a north-south 4- to 5-lane commercial road parallel to and east of the Adirondack Northway that has experienced tremendous growth over the past 15 to 20 years. The original development of Colonie Center was the initial impetus for the growth of Wolf Road. Prior to that time, the area was agricultural in nature. The Wolf Road area has experienced significant development and extends from Central Avenue to Albany Shaker Road, a main access road to the Albany International Airport. Along the approximately 2-mile stretch of Wolf Road are regional and neighborhood type shopping centers along with a wide variety of commercial establishments and office facilities. Development of this area was enhanced by its ideal location, near Exit 24 of the Thruway and adjacent to the Adirondack Northway and further enhanced by an out-migration of office tenants from the once deteriorating City of Albany to the suburbs during the late 1960's and early 1970's. Since that time, the City of Albany has had a major revitalization with the impetus being the Empire State Plaza from which the private sector took over. The City of Albany is now considered to be in good economic condition.

The Town of Colonie is considered, for the most part, a middle class community, however, it does have certain hamlets, specifically the area within the Town known as Loudonville that features older and new custom built exclusive executive-type housing. Additionally, the Town has industrial areas that have helped in broadening the tax base of the Township.

The Town of Colonie is comprised of approximately 57.2 square miles with ample vacant acreage for more commercial, industrial, and residential expansion. Through planned zoning, the Town antics a well-balanced and logical growth. Employment within the Town is in excess of 25,000 supplemented by the State of New York offices, General Electric Company, the U. S. Watervliet Arsenal, and various hospitals, schools, colleges, and public utilities. The Town has a very good reputation residentially, commercially, and industrially. Overall continued growth with rising land values and increased population are anticipated.

Colonie has the unique advantage of having a substantial commercial base of properties together with desirous areas zoned for residential purposes. This combination has resulted in many smaller companies and facilities taking advantage of location due to the highway system and proximity of personnel as well a favorable business climate.

The Town of Colonie boasts two separate school districts — North and South — providing education from pre-kindergarten through high school. Located in Loudonville, a Hamlet within the Town, is Siena College, a private 4-year college run by the Franciscans. Within easy commuting distance are SUNY at Albany Rensselaer Polytechnic Institute (RPI), and Russell Sage College in Troy as well as Union College in Schenectady. 2-year community colleges are located in Rensselaer and Schenectady Counties.

Because of its location and accessibility to major roads, inhabitants of Colonie have many options available in satisfying their recreational and leisure time needs. Summer and winter sports, golf, spectator sports, and cultural events are all within a relatively short driving distance from the Town. An excellent Town Park featuring a golf course, park, pools, and walking and cycling trails are available to Town residents. Lake George and the Adirondack Mountains to the north as well as the Catskill Mountains to the south offer outstanding recreational and vacation activities year-round.

Economic growth will be slower in the short term due to the current downturn in the national economy and relatively high unemployment.

# NEIGHBORHOOD ANALYSIS

The subject property is located on Central Avenue (Route 5) in the Town of Colonie. A Walgreen Drug Store has been constructed at the southeasterly corner of the intersection of Central Avenue and New Karner Road, also located between New Karner Road and Fermac Street. At the southwest corner of the intersection is a Mobil on-the-run gas station. A Rite-Aid Drugstore is located at the northwest corner of this intersection along with a nearby Dunkin' Donuts on Karner Road and a branch bank at the northeast corner.

In the general vicinity of the subject property are such uses as a freestanding McDonald's at Central Avenue and Old Karner Road, a small shopping center anchored by a Kohl's department store, a nearby Price Chopper Supermarket center, Paesan's Pizza, Colonie Diner, Nikko Buffet, Golden Corral, a nearby K-Mart department store westerly of the subject property off Karner Road with the subject property being located approximately 2-3 miles westerly of the intersection of Central Avenue (Route 5) and the Adirondack Northway (I-87) and nearby Wolf Road at which is located Colonie Center, a 1,000,000+ SF regional shopping center.

The subject site is serviced by all municipal and public utilities. The area is highly developed and has heavy traffic flow from early morning to late evening. The overall long-term prognosis is one of stable to slightly increasing commercial property values. In the short term economic growth will be slowed by relatively high unemployment.

New York State Department of Labor

**Labor Statistics**

Local Area Unemployment Statistics Program

New York State, Labor Market Regions, Metropolitan Areas,
Counties, and Municipalities of at Least 25,000 Population
Data Source: Local Area Unemployment Statistics Program
Albany-Schenectady-Troy, NY Metropolitan Statistical Area

(Data are not seasonally adjusted. Data are preliminary and subject to revision.)

### UNEMPLOYMENT RATE

#### Spreadsheet Version
#### CSV Version

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Ann Avg |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|
| 2011 | 8.1% | 7.8% | 7.2% | 6.8% | 6.8% | 7.2% | 7.0% | 6.7% | 6.8% | | | | |
| 2010 | 8.3% | 8.1% | 7.7% | 7.1% | 7.0% | 7.2% | 7.4% | 7.2% | 7.0% | 6.9% | 7.2% | 7.1% | 7.3% |
| 2009 | 6.9% | 7.3% | 7.2% | 6.7% | 6.9% | 7.3% | 7.2% | 7.0% | 7.2% | 7.0% | 7.0% | 7.3% | 7.1% |
| 2008 | 5.1% | 5.1% | 5.0% | 4.3% | 4.6% | 4.7% | 4.9% | 4.8% | 5.0% | 4.8% | 5.1% | 5.7% | 4.9% |
| 2007 | 4.6% | 4.5% | 4.0% | 3.8% | 3.7% | 3.9% | 4.2% | 3.9% | 4.0% | 3.8% | 4.0% | 4.4% | 4.1% |
| 2006 | 4.4% | 4.6% | 4.3% | 3.9% | 3.8% | 4.0% | 4.2% | 3.8% | 3.8% | 3.4% | 3.7% | 3.6% | 4.0% |
| 2005 | 4.6% | 4.6% | 4.2% | 3.8% | 3.8% | 4.0% | 4.1% | 3.7% | 4.0% | 3.7% | 4.0% | 3.9% | 4.0% |
| 2004 | 5.2% | 5.0% | 5.0% | 4.3% | 4.0% | 4.3% | 4.2% | 3.9% | 3.8% | 3.7% | 3.9% | 4.1% | 4.3% |
| 2003 | 4.9% | 4.8% | 4.5% | 4.3% | 4.1% | 4.5% | 4.4% | 4.1% | 4.2% | 4.1% | 4.2% | 4.2% | 4.4% |
| 2002 | 5.0% | 4.9% | 4.7% | 4.2% | 4.0% | 4.1% | 4.1% | 3.7% | 3.7% | 3.5% | 3.9% | 4.0% | 4.2% |
| 2001 | 3.9% | 3.7% | 3.5% | 3.1% | 3.0% | 3.2% | 3.3% | 3.3% | 3.4% | 3.5% | 3.8% | 4.1% | 3.5% |
| 2000 | 4.2% | 4.1% | 3.8% | 3.3% | 3.2% | 3.3% | 3.4% | 3.3% | 3.4% | 3.0% | 3.2% | 3.1% | 3.4% |
| 1999 | 3.9% | 4.0% | 3.8% | 3.3% | 3.1% | 3.1% | 3.2% | 3.0% | 3.5% | 3.2% | 3.1% | 3.2% | 3.4% |
| 1998 | 4.6% | 4.6% | 4.3% | 3.4% | 3.5% | 3.3% | 3.1% | 3.2% | 3.5% | 3.2% | 3.1% | 3.1% | 3.6% |
| 1997 | 4.7% | 4.8% | 4.4% | 3.8% | 3.8% | 3.8% | 3.9% | 3.7% | 4.1% | 3.8% | 3.7% | 3.8% | 4.0% |
| 1996 | 5.4% | 5.2% | 5.1% | 4.4% | 4.6% | 4.2% | 4.4% | 3.8% | 4.1% | 3.7% | 3.7% | 3.8% | 4.4% |
| 1995 | 5.2% | 4.9% | 4.9% | 4.6% | 4.6% | 4.6% | 4.7% | 4.8% | 5.2% | 4.6% | 4.5% | 4.7% | 4.8% |
| 1994 | 5.5% | 5.6% | 5.5% | 5.0% | 4.6% | 4.5% | 4.6% | 4.3% | 4.5% | 4.2% | 4.1% | 4.1% | 4.7% |
| 1993 | 6.0% | 5.8% | 5.3% | 4.6% | 4.7% | 4.5% | 4.3% | 4.4% | 4.6% | 4.6% | 4.4% | 4.6% | 4.8% |
| 1992 | 6.8% | 6.8% | 6.3% | 5.8% | 5.8% | 5.7% | 5.7% | 5.4% | 5.7% | 5.2% | 5.4% | 5.4% | 5.8% |
| 1991 | 5.8% | 6.1% | 6.1% | 5.6% | 5.5% | 5.5% | 5.4% | 5.2% | 5.4% | 5.2% | 5.5% | 5.9% | 5.6% |
| 1990 | 4.2% | 4.3% | 3.9% | 3.3% | 3.2% | 2.9% | 3.1% | 3.0% | 3.4% | 3.2% | 3.6% | 4.0% | 3.5% |

**LABOR FORCE**

http://www.labor.ny.gov/stats/laus.asp

NATIONAL
RESTAURANT
ASSOCIATION®

# New York

## Restaurant Industry at a Glance

Restaurants in New York are a driving force in the state's economy. Their sales generate tremendous tax revenues. They provide jobs and build careers for thousands of people. They also provide healthful options for their guests, give back to their communities, and work to reduce their impact on the environment. Visit www.restaurant.org to learn more about what the restaurant industry does for New York and the nation in four key areas: profitability and entrepreneurship, jobs and careers, food and healthy living, and sustainability and social responsibility.

## New York Restaurants by the Numbers ...

**Sales**

In 2011, New York's restaurants are projected to deliver $30.7 billion in sales.

**Locations**

In 2009, there were 39,604 eating and drinking places in New York.

**Jobs**

Restaurants employ 659,300 people in New York.

| 2011 Employment | 2021 Employment* |
|---|---|
| 659,300 | 764,400 |
| Restaurants provide 8% of employment in New York. | 8% projected job growth over the next decade. |

**Job Growth**

Every $1 spent in New York's eating and drinking places generates an additional $0.99 in sales for the state economy.

Every extra $1 million spent in New York eating and drinking places generates an additional 25.4 jobs in the state.

Source: National Restaurant Association    * Projection    |    Get the full 2011 Restaurant Industry Forecast at www.restaurant.org/foreast.



America's Restaurants
By the Numbers

## Employment

Almost one in 10 working Americans work in restaurants.



## The Food Dollar

Restaurants' share of the food dollar is rising.

| 1955 | Present |
|---|---|
| 25% | 49% |




## Sales (in billions)

The U.S. restaurant industry's sales in 2011 will exceed $600 billion.

1970  1980  1990  2000  2011*

* Projected
Source: National Restaurant Association



www.restaurant.org

www.nyra.org

## MARKET AVAILABILITY

Attached are excerpts of listings from CoStar showing restaurant/motel currently being offered for sale.



## 205-207 Lark St - Elda's on Lark

**Restaurant** ⊠

**Albany, NY 12210 - Greater Albany Submarket**

7,000 SF Retail Restaurant Building Built in 1880
Property is for sale at $1,500,000 ($214.29/SF)

**for sale**

CoStar COMPS

home page
2 of 33
results table
print reports
change criteria
show criteria
save survey
add records
remove record
comps search
analytic search
my surveys
lookup comps
update data
suggestions
support

contacts | images | analytic
map/aerial | demographics | tenant

### investment information

| | |
|---|---|
| For Sale Price: **$1,500,000** | Sale Type: **Owner/User** |
| Price/SF: **$214.29** | Sale Status: **Active** |
| Cap Rate: **-** | Days on Market: **246** |
| Sale Conditions: **Business Value Included** | |
| Parcel No: **010100-065-080-0003-027-000-0000** | |

### investment notes

Owner willing to sell property and business together or just the business. Willing to negotiate with interested parties.

### listing broker

**HUNT Commercial Real Estate** ⊕ ⊠
418 Broadway
Albany, NY 12207
(518) 426-5211

HUNT COMMERCIAL

**Dan Formica** ⊠
(518) 426-5211 phone
(518) 626-0123 fax

### retail information

| | |
|---|---|
| Retail Type: **Retail - Restaurant** | Retail Size: **7,000 SF** |
| Bldg Status: **Built 1880** | % Leased: **100.0%** |
| Total Avail: **7,000 SF** | Rent/SF/yr: **$14.00** |
| Bldg Vacant: **0 SF** | Stories: **2** |
| Owner Type: **-** | Elevators: **-** |
| Zoning: **C1** | CAM: **-** |
| Land Area: **0.08 AC** | Tenancy: **-** |
| Lot Dimensions: **75x50** | |
| Loading Docks: **None** | Ceiling Height: **-** |

Street Frontage: **75 feet on Lark St(with 0 curb cut)**
Expenses: **2009 Tax @ $0.64/sf**
Amenities: **Bus Line, Corner Lot, Restaurant, Signage, Signalized Intersection**

### location information

Metro Market: **Albany/Schenectady/Troy**
Submarket: **Greater Albany/Greater Albany**
County: **Albany**

### space availability

| Floor | Use | Type | SF Avail | Flr Clg | Bldg Clg | Rent/SF/yr | Occupancy | Listing Company |
|---|---|---|---|---|---|---|---|---|
| E 1st ⊠ | Retail | Direct | 3,500 | 3,500 | 7,000 | $14.00/nnn | 30 Days | HUNT Commercial |
| E 2nd ⊠ | Retail | Direct | 3,500 | 3,500 | 7,000 | $14.00/nnn | 30 Days | HUNT Commercial |

Property ID: 6464945

http: property.costar.com/Comps/Detail/DetaiLaspx?ID=4911242&Results=0



CoStar COMPS

Portfolio of 2 Retail properties in Albany, NY, having total size of 10,514 SF, and for sale at $1,300,000 ($123.64/SF)

☐ select

PORTFOLIO

**home page**
3 of 33

results table
print reports
change criteria
show criteria

save survey
add records
remove record

comps search
analytic search
my surveys
lookup comps

update data

suggestions
support

**portfolio** | map

**portfolio information**

| | |
|---|---|
| Portfolio Name: – | # of Properties: **2** |
| For Sale Price: **$1,300,000** | Sale Status: **Active** |
| RBA: **10,514 SF** | Days on Market: **454** |
| Price/SF: **$123.64** | Sale Type: **Investment** |
| Cap Rate: – | |
| Sale Conditions: **Business Value Included** | |

**property summary**

1. **114 Quail St**
   Pauly Building,
   Albany, NY
   8,305 SF Retail
   Storefront
   Retail/Residential
   Building
   Built in 1930

2. **337 Central Ave**
   Albany, NY
   2,209 SF Retail
   Restaurant Building
   Built in 1861

**listing broker**

**John Mancini** 📧
888 Saratoga Rd
Ballston Lake, NY 12019
(518) 225-4177

**John Mancini** 📧
Son of Owner
(518) 225-4177 phone

http: property.costar.com/Comps/Detail/Detail.aspx?ID=3268293&Results=0

CoStar COMPS

# 1725 Van Vranken Ave

**Schenectady, NY 12308 - Greater Schenectady Submarket**
7,920 SF Retail Restaurant Building Built in 1960
Property is for sale at $375,000 ($47.35/SF)

**for sale** | contacts | images | analytic
map/aerial | demographics | tenant

### investment information

| | | | |
|---|---|---|---|
| For Sale Price: | **$375,000** | Sale Type: | **Investment** |
| Price/SF: | **$47.35** | Sale Status: | **Active** |
| Cap Rate: | - | Days on Market: | **356** |
| Sale Conditions: | - | | |

Parcel No: **421500-039-043-0002-046-000-0000**

### income expense data

**FY 2010**

| Expenses | |
|---|---|
| - Taxes | **$16,975** |
| - Operating Expenses | |
| Total Expenses | |

### listing broker

**Prudential Blake Commercial, REALTORS**
🏢
8 Airline Dr
Suite 104
Albany, NY 12205
(518) 464-0870

**Prudential** Blake Commercial, REALTORS

**James Conroy** ✉
Associate Broker
(518) 464-0870 ext. 2211 phone
(518) 464-0876 fax

### retail information

| | | | |
|---|---|---|---|
| Retail Type: | **Retail - Restaurant** | Retail Size: | **7,920 SF** |
| Bldg Status: | **Built 1960** | % Leased: | **0.0%** |
| Total Avail: | **7,920 SF** | Rent/SF/yr: | **$5.60** |
| Bldg Vacant: | **7,920 SF** | Stories: | - |
| Owner Type: | - | Elevators: | - |
| Zoning: | **5** | CAM: | - |
| Land Area: | **0.29 AC** | Tenancy: | - |
| Lot Dimensions: | - | | |
| Loading Docks: | **None** | Ceiling Height: | - |

Street Frontage: **65 feet on Van Vranken Ave(with 1 curb cut)**
Expenses: **2010 Tax @ $2.14/sf**
Parking: **25 free Surface Spaces are available**

### location information

Metro Market: **Albany/Schenectady/Troy**
Submarket: **Greater Schenectady/Greater Schenectady**
County: **Schenectady**

### space availability

## 1414 State St - Former Da Vinci's Cusine

☐ Select

**Schenectady, NY 12304 - Greater Schenectady Submarket**

6,198 SF Retail Restaurant Building Renovated in 1981 Built in 1941

Property is for sale at $364,900 ($58.87/SF)

for sale | contacts | maps | attrib

map/aerial | demographics | terain

results table
print reports
change criteria
show criteria
save survey
add records
remove record
comps search
analytic search
my surveys
lookup comps
update data
suggestions
support

### investment information

| | | | |
|---|---|---|---|
| For Sale Price: | $364,900 | Sale Type: | Owner/User |
| Price/SF: | $58.87 | Sale Status: | Active |
| Cap Rate: | - | Days on Market: | 16 |
| Sale Conditions: | - | | |
| Parcel No: | 421500-049-068-0001-003-001-0000 | | |

### investment notes

Former DaVinci's restaurant. Great brick building with great visibility. Large parking lot. Inside there's 2 large dining rooms, a good size bar area. New paint, carpet and updates. Upstairs 1 large flat with 2 separate entrances. Used to be 2 apartments, could be easily converted back with one wall. Has it all---visibility -parking- and space!

### listing broker

**Coldwell Banker Prime Properties**
1801 Altamont Ave
Schenectady, NY 12303
(518) 356-2900

**Thomas Marks**
(518) 370-2100 phone
(518) 356-3097 fax

### retail information

| | | | |
|---|---|---|---|
| Retail Type: | Retail - Restaurant | Retail Size: | 6,198 SF |
| Bldg Status: | Built 1941, Renov 1981 | % Leased: | 0.0% |
| Total Avail: | 6,198 SF | Rent/SF/yr: | For Sale Only |
| Bldg Vacant: | 6,198 SF | Stories: | 2 |
| Owner Type: | - | Elevators: | - |
| Zoning: | Commercial | CAM: | - |
| Land Area: | 0.35 AC | Tenancy: | - |
| Lot Dimensions: | - | | |
| Loading Docks: | None | Ceiling Height: | - |

Street Frontage: **40 feet on State St St(with 1 curb cut)**
Expenses: **2010 Tax @ $0.70/sf**
Parking: **60 free Surface Spaces are available**
Amenities: **Pylon Sign, Signage**

### location information

Metro Market: **Albany/Schenectady/Troy**
Submarket: **Greater Schenectady/Greater Schenectady**
County: **Schenectady**

### space availability

| Floor | A Use | Type | SF Avail | Flr Ctg | Bldg Ctg | Rent/SF/yr | Occupancy | Listing Company |
|---|---|---|---|---|---|---|---|---|
| | Retail | Direct | 6,198 | 6,198 | 6,198 | Negotiable | Vacant | Coldwell Banker Prime F |

Property ID: 5016951

http: property.costar.com/Comps/Detail/Detail.aspx?ID=5210256&Results=0



## 873 5th Ave ⊠ select

**corner of 5th Ave & 125th St**
**Troy, NY 12182 - Greater Troy Submarket**
9,300 SF Retail Restaurant Building Built in 1938
Property is for sale at $350,000 ($37.63/SF)

| for sale | contacts | summary | analyze |
| 15 of 33 | map/aerial | demographics | tenant |

home page
results table
print reports
change criteria
show criteria

save survey
add records
remove record

comps search
analytic search
my surveys
lookup comps
update data
suggestions
support

### investment information

| | | | | |
|---|---|---|---|---|
| For Sale Price: | **$350,000** | | Sale Type: | **Investment** |
| Price/SF: | **$37.63** | | Sale Status: | **Active** |
| Cap Rate: | - | | Days on Market: | **622** |
| Sale Conditions: | - | | | |
| Parcel No: | **1700-080.25-6-3** | | | |

### investment notes

Banquet hall includes 2 banquet rooms (occupancies of 190 and 400 people), a large kitchen and a bridal room.

### listing broker

**Robert J Gillespie** ⊠
4 Woodridge Ct
Ballston Lake, NY 12019
(518) 877-5587

**Prudential Blake**
**Commercial, REALTORS ®** ⊠
8 Airline Dr
Suite 104
Albany, NY 12205
(518) 464-0870

**Robert Gillespie**
(518) 877-5587 phone

Prudential
Blake Commercial
REALTORS®

**James Conroy** ⊠
Associate Broker
(518) 464-0870 ext. 2211 phone
(518) 464-0876 fax

### retail information

| | | | | |
|---|---|---|---|---|
| Retail Type: | **Retail - Restaurant** | | Retail Size: | **9,300 SF** |
| Bldg Status: | **Built 1938** | | % Leased: | **100.0%** |
| Total Avail: | **0 SF** | | Rent/SF/yr: | **For Sale Only** |
| Bldg Vacant: | **0 SF** | | Stories: | **1** |
| Owner Type: | **Individual** | | Elevators: | - |
| Zoning: | **B1** | | CAM: | - |
| Land Area: | **0.75 AC** | | Tenancy: | - |
| Lot Dimensions: | - | | | |

| | | |
|---|---|---|
| Expenses: | **2009 Tax @ $1.60/sf** | |
| Parking: | **125 Surface Spaces are available** | |

### location information

| | |
|---|---|
| Located: | **corner of 5th Ave & 125th St** |
| Metro Market: | **Albany/Schenectady/Troy** |
| Submarket: | **Greater Troy/Greater Troy** |
| County: | **Rensselaer** |

### building notes

2 parking lots.

Property ID: 1533925

## 706 New Loudon Rd

**Latham, NY 12110 – E Outer Albany County Submarket**
22,166 SF Hospitality Motel Building Built in 1965
Property is for sale at $1,949,000 ($87.93/SF)

CoStar COMPS

home page
1 of 1

results table
print reports
change criteria
show criteria

save survey
add records
remove record

comps search
analytic search
my surveys
lookup comps

update data

suggestions
support

**for sale** | contacts | image | satellite
map/aerial | demographics | return

### investment information

| | |
|---|---|
| For Sale Price: **$1,949,000** | Sale Status: **Active** |
| Price/Room: **$38,215.69** | Days on Market: **56** |
| Cap Rate: – | Sale Conditions: **1031 Exchange, Business Value Included** |

Parcel No: **012689-031-006-0002-006-002-0000**

### investment notes

Excellent 52 motel units on busy Route 9 in Latham. 27 new rooms and suites, 27 exterior rooms and 25 interior rooms. Owners apartment is 2 floors. Laundry and vending on premises. This is a turnkey operation. Included in units are 7 weekly units. This sale subject to a 1031 Exchange. All FF & I included in sale.

### listing broker

| | |
|---|---|
| **Realty USA** | **Tony Sabatino** |
| 20 Aviation Rd | Broker (Commercial) |
| Albany, NY 12203 | (518) 857-6999 phone |
| (518) 489-1000 | |

### building information

| | | |
|---|---|---|
| Hotel Name: – | Bldg Status: | **Built 1965** |
| Hotel Size: **22,166 SF** | Stories: | **1** |
| # of Rooms: **51** | Typical Floor Size: | **19,506 SF** |
| Avg Room Size: – | Building FAR: | **0.42** |
| | Zoning: | **12** |
| Avg Daily Rate: – | | |
| Land Area: **1.22 AC** | Const Type: | **Reinforced Concrete** |
| Owner Type: – | | |

### location information

| | |
|---|---|
| Metro Market: | **Albany/Schenectady/Troy** |
| Submarket: | **E Outer Albany County/E Outer Albany County** |
| County: | **Albany** |

### building notes

80% remodeled. Smoking and non smoking rooms.

Property ID: 1382257

Subject photos by James Coonley – October 24, 2011



Front view of subject (restaurant/apt.) from Central Avenue



Rear view (motel bld.) of subject



Typical finish restaurant



Typical finish second floor restaurant/motel operator
apartment

41



Renovated motel unit – there are 8 renovated units per owner
representative Wendy



Older motel unit



East on Central Avenue, subject at left



West on Central Avenue