# EXHIBIT "E"

```
Colonie(10 Ave-Cypress).txt                                                                                                                                        6/28/2012

STATE OF NEW YORK                            2 0 1 2   F I N A L   A S S E S S M E N T   R O L L                                              PAGE          2080
COUNTY  - Albany                                       T A X A B L E  SECTION OF THE ROLL - 1                          VALUATION DATE-JUL 01, 2011
TOWN    - Colonie                                                                                                      TAXABLE STATUS DATE-MAR 01, 2012
SWIS    - 012689                                                     PROPERTY LOCATION SEQUENCE
                                                                 UNIFORM PERCENT OF VALUE IS 069.75

TAX MAP PARCEL NUMBER              PROPERTY LOCATION & CLASS  ASSESSMENT   EXEMPTION CODE-----------------------COUNTY-------TOWN------SCHOOL
CURRENT OWNERS NAME                SCHOOL DISTRICT            LAND         TAX DESCRIPTION        TAXABLE VALUE
CURRENT OWNERS ADDRESS             PARCEL SIZE/GRID COORD     TOTAL        SPECIAL DISTRICTS                                                   ACCOUNT NO.
***************************************************************************************************************** 29.10-1-16 *****************

                                   1867 Central Ave
29.10-1-16                         416 Mfg hsing pk
Fred-El Rental Corp                South Colonie    012601       480,000   COUNTY   TAXABLE VALUE              896,000
1869 Central Ave                   27 Trailers & 2 Bldgs         896,000   TOWN     TAXABLE VALUE              896,000
Albany, NY 12205-4221              N-48 E-1865                             SCHOOL   TAXABLE VALUE              896,000
                                   S-96-25                                 FD010 Midway fire district         896,000 TO
          ACRES    2.40 BANK    000                                        SW001 Sewer a land payment           10.00 UN
          EAST-0629570 NRTH-0996550                                        SW006 Sewer oper & maint             60.00 UN
          DEED BOOK 2133   PG-00970                                        SW008 Sewer a debt payment           60.00 UN
          FULL MARKET VALUE                                    1284,588    WD001 Latham water dist            896,000 TO
***************************************************************************************************************** 29.10-1-15 *****************
                                   1879 Central Ave
29.10-1-15                         411 Apartment
F and P Builders, LLC              South Colonie    012601        66,000   COUNTY   TAXABLE VALUE              157,600
12 Balsam Way                      N-1867 E-1867                 157,600   TOWN     TAXABLE VALUE              157,600
Albany, NY 12205                   S-49-10                                 SCHOOL   TAXABLE VALUE              157,600
                                   ACRES    0.22 BANK    120               FD010 Midway fire district         157,600 TO
          EAST-0629390 NRTH-0996600                                        SW001 Sewer a land payment            6.00 UN
          DEED BOOK 2956   PG-606                                          SW006 Sewer oper & maint              5.00 UN
          FULL MARKET VALUE                                     225,950    SW008 Sewer a debt payment            5.00 UN
                                                                           WD001 Latham water dist            157,600 TO
***************************************************************************************************************** 29.10-1-14 *****************
                                   1881 Central Ave
29.10-1-14                         421 Restaurant
1881 Central Avenue LLC            South Colonie    012601       474,000   COUNTY   TAXABLE VALUE              610,000
1881 Central Ave                   N-52 E-1879                   610,000   TOWN     TAXABLE VALUE              610,000
Albany, NY 12205                   S-50-69                                 SCHOOL   TAXABLE VALUE              610,000
                                   ACRES    1.58 BANK    000               FD010 Midway fire district         610,000 TO
          EAST-0629410 NRTH-0996720                                        SW001 Sewer a land payment            6.00 UN
          DEED BOOK 2944   PG-416                                          SW006 Sewer oper & maint            108.00 UN
          FULL MARKET VALUE                                     874,552    SW008 Sewer a debt payment          108.00 UN
                                                                           WD001 Latham water dist            610,000 TO
***************************************************************************************************************** 29.10-1-13 *****************
                                   1885 Central Ave
29.10-1-13                         438 Parking lot
1881 Central Avenue LLC            South Colonie    012601       310,000   COUNTY   TAXABLE VALUE              373,300
1881 Central Ave                   N-58 E-1881                   373,300   TOWN     TAXABLE VALUE              373,300
Albany, NY 12205                   S-58-41                                 SCHOOL   TAXABLE VALUE              373,300
                                   ACRES    1.55 BANK    000               FD010 Midway fire district         373,300 TO
          EAST-0629290 NRTH-0996890                                        SW001 Sewer a land payment            2.00 UN
          DEED BOOK 2944   PG-425                                          SW004 Sewer d debt payment            4.00 UN
          FULL MARKET VALUE                                     535,197    WD001 Latham water dist            373,300 TO
***************************************************************************************************************************************************
```

# AlbanyCounty.com
The official website of the government of Albany County, New York

## Albany County Clerk

**Hon. Thomas G. Clingan**
County Court House, Room 128
16 Eagle Street, Albany, NY 12207-1077
*Phone:* (518) 487-5100 ~ *Fax:* (518) 487-5099

countyclerk@albanycounty.com



You Searched for: 1881 Central,
Document Type: All Documents

The following documents are available for the name you clicked (**1881 CENTRAL AVENUE LLC,**)

To view details of a particular document, click the 🔍 icon.

| Filing Date | Party | Instrument | View |
|---|---|---|---|
| 3/4/2009 | Grantor | Assignment of rent | 🔍 |
| 3/4/2009 | Grantee | Deed | 🔍 |
| 3/4/2009 | Grantee | Deed | 🔍 |
| 3/4/2009 | Mortgagor | Mortgage | 🔍 |

Total Records: 4

Search | Click | View

Need Help? **Visit our FAQs page!**

**Please Note:**

The Albany County Clerk's Online Deeds & Mortgages search provides details about documents in the public domain. Wherever possible, a scanned image of the document is made available online for your convenience. *These online documents are not official.* To learn more about the difference -- and to find out how to obtain an official copy of your deed or mortgage document, please visit our FAQs page (click here).

For information about how to record a deed or a mortgage, please click here.

This application is not intended for commercial use.

Our system is unavailable between 4:00 and 5:00 AM Eastern for maintenance and file updating.

Read Notice and Disclaimer

*Copyright (c) 2004, Albany County (NY) Division of Information Services and Albany County Clerk. All Rights Reserved.*